IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00808-RPM-BNB

CARLA ELLIS,

Plaintiff,

v.

FIRST NATIONAL COLLECTION BUREAU, INC., a Nevada corporation,

Defendant.

___

### MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to Attend the Rule 16 Scheduling Conference Telephonically of Defendant First National Collection Bureau, Inc.** [docket no. 10, filed May 22, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and defendant's counsel may appear for the Scheduling/Planning Conference set for June 4, 2013, at 2:30 p.m., Mountain Daylight Time, by calling Chambers at **303-844-6408**.

DATED:  May 22, 2013